JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zarik Koyumjyan, et al., | Case No. **CV 10-7649-JFW (Ex)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Eric H. Holder, Jr., et al., | |
| Defendant. | |

The Court, having granted the Defendant Eric H. Holder, Jr., Janet Napolitano, Joseph E. Langlois, and Gerard Heinauer's motion to dismiss with prejudice for the reasons set forth in the Court's Minute Order dated January 13, 2011,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiffs Zarik Koyumjyan, Hrant Sargsyan, Aram Sargsyan, and Narine Sargsyan shall recover nothing from any of the named Defendants;

2. Defendants Eric H. Holder, Jr., Janet Napolitano, Joseph E. Langlois, and Gerard Heinauer shall have judgment in their favor on Plaintiffs Zarik Koyumjyan, Hrant Sargsyan, Aram Sargsyan, and Narine Sargsyan's entire action; and

    3.    Defendants Eric H. Holder, Jr., Janet Napolitano, Joseph E. Langlois, and Gerard Heinauer shall recover from Plaintiffs Zarik Koyumjyan, Hrant Sargsyan, Aram Sargsyan, and Narine Sargsyan their costs of suit in the sum of $_____.

    The Clerk is ordered to enter this Judgment.

Dated: January 14, 2011

                                         JOHN F. WALTER
                                 UNITED STATES DISTRICT JUDGE